UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

SPENCER CLAWSON,                          )
                                          )     No. CV-11-385-JLQ
     Plaintiff,                         )
                                          )     ORDER GRANTING STIPULATED
                                          )     MOTION TO DISMISS CERTAIN
                                          )     CLAIMS
     vs.                                )
                                          )
SPOKANE VALLEY                            )
WASHINGTON HOSPITAL                       )
COMPANY, et al.,                          )
                                          )
     Defendants.                        )
_____ )

     BEFORE THE COURT is the Stipulated Motion to Dismiss (ECF No. 38) wherein

Plaintiff seeks to dismiss his claims without prejudice against Providence Health and

Services-Sacred Heart Hospital and Dr. Martz.  The Stipulation is signed by counsel for

the Plaintiff and signed by the Guardian ad Litem who states he has "reviewed the facts

and the basis for dismissing defendants" and believes such dismissal is in the best interest

of the Plaintiff.  Accordingly,

**IT IS HEREBY ORDERED:**

     1. The Stipulated Motion to Dismiss (ECF No. 38) is **GRANTED**.

     2. The claims in the Amended Complaint (ECF No. 11) against Defendants

Providence Health and Services and Dr. Martz will be dismissed without prejudice and

without costs upon the entry of final judgment in this matter.

     **IT IS SO ORDERED**.  The Clerk is hereby directed to enter this Order and

furnish copies to counsel and to Dan Johnson.

     **DATED** this 7th day of May, 2012.

                  s/ Justin L. Quackenbush
                  JUSTIN L. QUACKENBUSH
           SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1