UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| SPENCER CLAWSON, | ) | No. CV-11-385-JLQ |
| Plaintiff, | ) | ORDER RE: STIPULATION TO DISMISS |
| vs. | ) | |
| SPOKANE VALLEY WASHINGTON HOSPITAL COMPANY, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

BEFORE THE COURT is the "Stipulation for Dismissal Without Prejudice of all Claims and all Defendants" (ECF No. 41) wherein Plaintiff seeks to dismiss his claims without prejudice against all Defendants and without costs or attorney's fees. The court has reviewed the June 21, 2012 *ex parte* submission of Plaintiff concerning the Stipulation. Accordingly,

**IT IS HEREBY ORDERED:**

1. This action shall be dismissed pursuant to the Stipulation of the parties as provided in Fed.R.Civ.P. 41(a).

2. The Clerk of this court shall enter judgment of dismissal **without prejudice** of the First Amended Complaint (ECF No. 11) and the claims therein without costs or attorneys fees to any party.

**IT IS SO ORDERED**. The Clerk is hereby directed to file this Order, enter Judgment, and furnish copies to counsel and to attorney Dan Johnson, the guardian ad litem, and close this file.

**DATED** this 25th day of June, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1