AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

SPENCER CLAWSON,

                              Plaintiff,

                v.

SPOKNAE VALLEY, WASHINGTON HOSPITAL COMPANY, et al.,

                              Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-385-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed pursuant to the Stipulation of the parties; judgment of dismissal without prejudice of the First Amended Complaint and the claims therein is entered without costs or attorneys fees to any party.

| | |
|---|---|
| June 25, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |